KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERRON JANZEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. _____ |
| | ) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Erron Janzen ("Erron"), for her cause of action against Defendant, Portfolio Recovery Associates, L.L.C. ("PRA"), states and alleges as follows:

**Parties**

1. Erron is a resident of the State of Kansas.

2. PRA is a foreign limited liability company and can be served with process by service on its registered agent for service of process, The Corporation Service Company, 2900 S.W. Wanamaker Drive, Suite 204, Topeka, KS 66614.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. 1343.

**Venue**

4. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5. Erron is a 63-year-old woman who was employed PRA as an account executive beginning in August of 2017. She performed well in her job and had no meaningful disciplinary issues during her employment.

6. The woman who hired Erron was replaced by Melissa Hartle, who is approximately 40 years old.

7. Erron was one of the oldest employees in her unit and the majority of employees were in their 20's and early 30's, although they were being paid more than Erron.

8. Ms. Hartle made age related comments to Erron suggesting that she took longer to do things or was unable to do them as well because of her age.

9. Erron also has a disability, a seizure disorder, that impacted her memory and affected her ability to do her job.

10. In or about May of 2020, Erron made a formal complaint of discrimination to management. Notwithstanding her complaint, the situation did not improve, and Ms. Hartle continued to treat Erron in a discriminatory way.

11. Eventually, PRA terminated Erron's employment on August 6, 2020 for reasons that she believes were pretextual.

12. Erron has suffered damages as a result of PRA's actions including, but not limited to, lost income and benefits.

13. Erron has exhausted her administrative remedies.

**Theories of Recovery**

### COUNT I

### AGE DISCRIMINATION

14. Erron realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above.

15. Erron has been subjected to unlawful discrimination based on her age in violation of the Age Discrimination in Employment Act for which she is entitled to damages.

### COUNT II

### RETALIATION

16. Erron realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above.

17. Erron has been subjected to unlawful retaliation in violation of the Age Discrimination in Employment Act and the Americans with Disabilities Act.

### COUNT III

### DISABILITY DISCRIMINATION

18. Erron realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above.

19. Erron has been subjected to unlawful discrimination based on her disability in violation of the Americans with Disabilities Act for which she is entitled to damages.

WHEREFORE, Erron requests that the Court enter judgment in her favor and against PRA in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against PRA; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

Dated: April ___ , 2021

RESPECTFULLY SUBMITTED,

 /s/  Larry G. Michel
Larry G. Michel   #14067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]
lmichel@kenberk.com
ATTORNEYS FOR PLAINTIFF

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

 /s/  Larry G. Michel
Larry G. Michel

**DESIGNATION OF PLACE OF TRIAL**

Pursuant to D.Kan. Rule 40.2, Plaintiff designates Wichita, Kansas as the place of Trial.

 /s/  Larry G. Michel
Larry G. Michel