**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA**

| | |
|---|---|
| ERRON JANZEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 6:21-cv-01107-EFM-KGG |
| PORTFOLIO RECOVERY ASSOCIATES, | ) |
| L.L.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through counsel and pursuant to Local Rule 77.2(a)(2), requests that the Court grant a 14-day extension of time up to and including **June 1, 2021** to file its Answer or to otherwise respond to Plaintiff's Complaint and Demand for Jury Trial ("Plaintiff's Complaint"). In support thereof, Defendant states as follows:

1. Defendant's current deadline to file its Answer or otherwise respond to Plaintiff's Complaint is **May 18, 2021.**

2. Under Local Rule 77.2(a)(2), Defendant seeks a 14-day extension of time to **June 1, 2021** to file its Answer or to otherwise respond to Plaintiff's Complaint.

3. The original date to file an Answer or otherwise respond has not expired.

4. The Court, after considering Defendant's Order Granting Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, and upon good cause shown, hereby grants Defendant's request for an extension of time to Answer or to otherwise respond to same on or before **June 1, 2021.**

**IT IS SO ORDERED.**

| | |
|---|---|
| 5/14/2021 | s/ J. Kendall, Deputy Clerk |
| Date | Clerk of the Court |

Respectfully submitted,

/s/ Sarah E. Jones
Darin P. Shreves    KS #26058
Sarah E. Jones    D. Kan. #78966
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
816.471.1301
816.471.1303 *(Facsimile)*
darin.shreves@ogletree.com
sarah.jones@ogletree.com

**ATTORNEYS FOR DEFENDANT**

47106372.1