KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERRON JANZEN, | ) |
| Plaintiff, | ) |
| vs. | )  Case No. 2021-CV-1107-EFM-KGG |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) |
| Defendant. | ) |

## NOTICE OF SCHEDULED MEDIATION

Plaintiff Erron Janzen hereby notifies the Court that the parties have scheduled mediation in the referenced case with Michelle Minor acting as mediator.  The mediation will commence at 9:30 a.m. on August 25, 2021 and will take place via Zoom.

RESPECTFULLY SUBMITTED,

 /s/ Larry G. Michel
Larry G. Michel        #14067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
lmichel@kenberk.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the forgoing Notice of Scheduled Mediation with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following:

>Darin P. Shreves
>Sarah E. Jones D.
>OGLETREE, DEAKINS, NASH,
>SMOAK & STEWART, P.C.
>4520 Main Street, Suite 400
>Kansas City, MO 64111
>Phone: 816.471.1301
>Fax: 816.471.1303
>darin.shreves@ogletree.com
>sarah.jones@ogletree.com
>**Attorneys for Defendant**

on this 12th day of July, 2021.

>/s/ Larry G. Michel
>Larry G. Michel

2