# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT WICHITA

| | |
|---|---|
| ERRON JANZEN, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 6:21-cv-01107-EFM-KGG |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) |
| | ) |
|        Defendant. | ) |

## DEFENDANT'S CERTIFICATE OF SERVICE OF FIRST INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

I hereby certify that on the 22nd day of October 2021, *Defendant's First Request for Production of Documents to Plaintiff* and *Defendant's First Interrogatories to Plaintiff* were served via electronic mail to:

Larry G. Michel
Kennedy Berkley Yarnevich
   & Williamson, Chartered
lmichel@kenberk.com

**ATTORNEYS FOR PLAINTIFF**

                                                    Respectfully submitted,

                                                    /s/ Sarah E. Jones
                                                    Darin P. Shreves     KS #26058
                                                    Sarah E. Jones      D. Kan. #78966
                                                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                                                    4520 Main Street, Suite 400
                                                    Kansas City, MO 64111
                                                    816.471.1301
                                                    816.471.1303 *(Facsimile)*
                                                    darin.shreves@ogletree.com
                                                    sarah.jones@ogletree.com

                                                    **ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

Larry G. Michel        KS #14067
KENNEDY BERKLEY YARNEVICH
  & WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
785.825.4674
785.825.5936 (*Facsimile*)
lmichel@kenberk.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Sarah E. Jones
**ATTORNEY FOR DEFENDANT**

48867460.v1-OGLETREE