# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT WICHITA

| | |
|---|---|
| ERRON JANZEN, | ) |
|            Plaintiff, | ) |
| v. | ) Case No. 6:21-cv-01107-EFM-KGG |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) |
|            Defendant. | ) |

## NOTICE OF VIDEOTAPED
## DEPOSITION OF PLAINTIFF ERRON JANZEN

You are hereby notified that the following deposition will be taken in accordance with the Federal Rules of Civil Procedure as follows:

**Deponent:** Erron Janzen

**Location:** Kennedy Berkley Yarnevich & Williamson, Chartered
119 West Iron Avenue, 7th Floor
Salina, KS 67402-2567

**Date/Time:** Wednesday, February 23, 2022 at 9:30 a.m.

The deposition will be taken upon oral examination and such testimony will be recorded stenographically and videotaped by *Atkinson-Baker, Inc., 500 North Brand Boulevard, Third Floor, Glendale, CA 91203*. The deposition will continue from day to day, at the same place, until complete or adjourned.

Respectfully submitted,

/s/ Sarah E. Jones
Darin P. Shreves     KS #26058
Sarah E. Jones     D. Kan. #78966
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303 *(Facsimile)*
darin.shreves@ogletree.com
sarah.jones@ogletree.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of January 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

Larry G. Michel     KS #14067
KENNEDY BERKLEY YARNEVICH
  & WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
785.825.4674
785.825.5936 (*Facsimile*)
lmichel@kenberk.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Sarah E. Jones
**ATTORNEY FOR DEFENDANT**