# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**ERRON JANZEN,**

        **Plaintiff,**

v.                                            Case No:   21-1107-EFM

**PORTFOLIO RECOVERY ASSOCIATES, L.L.C.**

        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 36, filed on September 13, 2022, Defendant's Motion for Summary Judgment (Doc. 25) is GRANTED.

This case is closed.

     9/13/2022                                                      SKYLER O'HARA
        Date                                                          CLERK OF THE DISTRICT COURT

                                                                                 by:  s/ Cindy McKee
                                                                                             Deputy Clerk