IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | |
|---|---|
| ERRON JANZEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21-cv-01107-EFM-KGG |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, L.L.C.'S
MOTION TO WITHDRAW BILL OF COSTS**

Defendant Portfolio Recovery Associates, LLC ("Defendant") respectfully moves the Court to withdraw Defendant's Bill of Costs. In support of its motion, Defendant states as follows:

1. On September 13, 2022, Judge Eric F. Melgren issued a Memorandum and Order (Doc. 36) and a Judgment in a Civil Case (Doc. 37).

2. On September 27, 2022, Defendant filed a Bill of Costs (Doc. 39) and a Memorandum in Support (Doc. 40).

3. The Court has not yet taxed costs in this matter.

4. The parties have reached an agreement relating to the Bill of Costs and, therefore, Defendant does not wish to pursue the taxation of costs.

Wherefore, Defendant respectfully requests that this Court grant the relief requested in this Motion and withdraw Defendant's Bill of Costs.

Respectfully submitted,

/s/  Colin J. Finnegan
Patrick F. Hulla     KS #16320
Colin J. Finnegan    KS #28647
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
816.471.1301
816.471.1303 *(Facsimile)*
patrick.hulla@ogletree.com
colin.finnegan@ogletree.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 19th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

Larry G. Michel     KS #14067
KENNEDY BERKLEY YARNEVICH
  & WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
785.825.4674
785.825.5936 (*Facsimile*)
lmichel@kenberk.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Colin J. Finnegan
**ATTORNEY FOR DEFENDANT**